(119 App. Div. 134)

· KAMPF v. DREYER et al.

(Supreme Court, Appellate Division, Second Department. April 26, 1907.)

BROKERS—RIGHT TO COMPENSATION—FAILURE TO COMPLETE CONTRACT.

A broker, employed by the owner of land to secure a purchaser for it, produced two persons, who obtained a written agreement from the owner to sell the land to them, but did not sign the agreement, and afterwards refused to take a deed. *Held*, that the broker was not entitled to a commission.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 8, Brokers, § 97.]

Appeal from Trial Term, Kings County.

Action by Abraham Kampf against Annie Mary Dreyer and others. From a judgment for defendants, plaintiff appeals. Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, HOOKER, and GAYNOR, JJ.

Robert P. Beyer, for appellant.
Herman Elfers, for respondents.

GAYNOR, J. The defendants employed a real estate agent to secure a purchaser of their land, and this is an action for his commission. He did not procure a purchaser. He brought to the defendants two persons who obtained from them a written agreement to sell the land to such persons, but the latter signed no agreement, and afterwards refused to sign an agreement or take a deed.

The judgment should be affirmed.

Judgment unanimously affirmed, with costs. All concur.